PHILIP GUTENTAG, Appellant, v. HARRY BENNETT, Respondent.— Judgment

of Special Term reversed on the law, and judgment of Buffalo City Court affirmed, with costs in this court and at Special Term to the appellant, on the ground that it was a fair question of fact as to whether A. Bennett was the agent of the defendant. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ALPHONSO MAZZARIELLO, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.